IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLENE McDONNELL, *et al.*, | : |
| Plaintiff, | : |
| v. | : No. 2:20-cv-1060 |
| | : |
| KRG KINGS LLC and KELLY OPERATIONS | : |
| GROUP, LLC, | : |
| Defendants. | : |
| | : |

### PLAINTIFFS' MOTION FOR FINAL CERTIFICATION
### OF THE FAIR LABOR STANDARDS ACT COLLECTIVE

Original Plaintiff Darlene Mcdonnell ("McDonnell") and the 405 other Servers who joined this case pursuant to 29 U.S.C. § 216(b) (collectively "Plaintiffs") based on their work for Defendants KRG Kings LLC and Kelly Operations Group, LLC (collectively Defendants") at their Kings Family Restaurants respectfully ask this Court for final certification of this Fair Labor Standards Act collective.   Plaintiffs rely on the attached brief and exhibits in support of the requested relief in this motion.

**WHEREFORE**, Plaintiffs respectfully ask the Court to grant this motion and enter the accompanying proposed order.

Date:  November 22, 2021

Respectfully submitted,

/s/ Mark J. Gottesfeld
R. Andrew Santillo
Mark J. Gottesfeld
Michelle Tolodziecki
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

*For Plaintiffs*