IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLENE McDONNELL, *et al.*, <br> Plaintiff, <br> v. <br><br> KRG KINGS LLC and KELLY OPERATIONS GROUP, LLC, <br> Defendants. | : <br> : <br> : <br> : No. 2:20-cv-1060 <br> : <br> : <br> : <br> : <br> : |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL CERTIFICATION OF THE FAIR LABOR STANDARDS ACT COLLECTIVE

**NOW**, this ___ day of _____, 2021, upon consideration of Plaintiffs' "Motion for Final Certification of the Fair Labor Standards Act Collective" ("Motion") (Doc. 68), the accompanying brief, exhibits, and all other papers and proceedings herein, it is hereby **ORDERED** that the Motion is **GRANTED**.

_____
CHRISTY CRISWELL WIEGAND
United States District Judge