IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLENE MCDONNELL, <br><br> Plaintiff, <br><br> v. <br><br> KRG KINGS LLC, KELLY OPERATIONS GROUP, LLC, <br><br> Defendants. | 2:20-CV-01060-CCW |

## JUDGMENT ORDER

FINAL JUDGMENT is hereby entered, pursuant to Rule 58 of the Federal Rules of Civil Procedure, as follows:

1. Judgment is entered in favor of Defendant Kelly Operations Group, LLC and against Darlene McDonnell, on behalf of herself and similarly situated employees.

2. Judgment is entered in favor of Darlene McDonnell, on behalf of herself and similarly situated employees, and against KRG Kings LLC in the amount of $250,000.00 in damages, $159,330.61 in liquidated damages, $18,908.01 in litigation costs, and $433,150.00 in attorneys' fees, totaling $861,388.62.

DATED this 16th day of September, 2024.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record